1

2

3

4

5

6

7

8               **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10                    **WESTERN DIVISION**

11

12  **BOBURJON FOZILOV,**

13                    Petitioner,        **ORDER Scheduling TRO Briefs**
                v.
14  TODD M. LYONS (Acting Director, U.S.    ED CV 26-00840-VBF-RAO
    Immigration and Customs Enforcement)
15  *et al.*,

16                    Respondents.

17

18

19        No later than 11:59 p.m. on Tuesday, February 24, 2026, the respondents SHALL

20  FILE a response to the temporary restraining order ("TRO") application..

21        No later than 11:59 p.m. on Wednesday, February 25, 2026, petitioner MAY FILE a

    reply brief.
22
          The Court finds this matter suitable for resolution without oral argument.
23
          IT IS SO ORDERED.
24

25

26  Dated:  February 21, 2026        _____

27                          Honorable Valerie Baker Fairbank
                            Senior United States District Judge
28