**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **BOBURJON FOZILOV,** | |
| Petitioner, | **Temporary Restraining Order** |
| v. | |
| TODD LYONS (Acting Dir. ICE) *et al.,* | No. ED CV 26-00840-VBF-RAO |
| Respondents. | |

**Petitioner's application for a temporary restraining order is GRANTED. Petitioner shall be immediately released.**

**Pending further order of the Court, respondents are enjoined from** re-detaining Petitioner unless Respondents comply with regulations governing revocation of an Order of Supervision and present evidence to the Court that Petitioner's removal from the USA is reasonably foreseeable; and respondents are enjoined from transferring Petitioner outside the C.D. Cal. during pendency of this case. If petitioner has been transferred outside the C.D. Cal., the respondents shall immediately have petitioner returned to this district.

**No later than 11:59 p.m. on Tuesday, March 3, 2026, the respondents MAY SHOW CAUSE, in writing, why a preliminary injunction should not issue consistent with the terms of this TRO.**

**No later than 11:59 p.m. on Wednesday, March 4, 2026, petitioner MAY FILE**

**a reply brief in support of issuing a preliminary injunction.**

The court finds this matter suitable for resolution without oral argument.

IT IS SO ORDERED.

Dated: February 27, 2026

Hon. Valerie Baker Fairbank

Senior United States District Judge