**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

**BOBURJON FOZILOV,**

        Petitioner,

  v.

PAMELA BONDI *et al.*,

        Respondents.

**PRELIMINARY INJUNCTION**

No. ED CV 26-00840-VBF-RAO

**Petitioner's application for a preliminary injunction is GRANTED.**

**Pending a final ruling on the habeas corpus petition, the respondents remain enjoined from** re-detaining Petitioner unless Respondents comply with regulations governing revocation of an OSUP and present evidence to the Court that Petitioner's removal from the USA is reasonably foreseeable; and respondents remain enjoined from transferring Petitioner outside the Central District of California during pendency of this case.

IT IS SO ORDERED.

*Valerie Baker Fairbank*

Dated: March 3, 2026

        Honorable Valerie Baker Fairbank
        Senior United States District Judge